United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Devon Garrido, individually and on behalf of all others similarly situated, Plaintiffs, <br><br> v. <br><br> ACA Telecom, Inc., Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 18-22605-Civ-Scola |

## Order of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Stip. of Dismissal with Prejudice, ECF No. 27.) The Court reserves jurisdiction to enforce the parties' settlement agreement. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** at Miami, Florida, on December 14, 2018.

_____
Robert N. Scola, Jr.
United States District Judge